**KURT BONDS, ESQ.**
Nevada Bar No. 6228
**TREVOR WAITE, ESQ.**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Pkwy
Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

-*-

| | |
|---|---|
| EVERETT SMITH,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. BANK, NATIONAL ASSOCIATION, TRANSUNION, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>  Defendants. | Case No. 2:19-cv-00062-MMD-CWH<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Everett Smith ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint ("Complaint").

On January 9, 2019, Plaintiff filed his Complaint. On January 10, 2019, Trans Union was served with Plaintiff's Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is January 31, 2019.

ALVERSON TAYLOR & SANDERS
LAWYERS
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000 FAX (702) 385-7000

Trans Union needs additional time to investigate, locate and assemble documents relating to Plaintiff's claims. In addition, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including February 21, 2019.

Dated this 22nd day of January, 2019.

**ALVERSON TAYLOR & SANDERS**

//S// Trevor R. Waite
Kurt Bonds, Esq.
Nevada Bar No. 6228
Trevor Waite, Esq.
Nevada Bar No. 13779
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, Nevada 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
kbonds@alversontaylor.com
twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**LAW OFFICE OF KEVIN L. HERNANDEZ**

//S// Erik W. Fox
Jamie S. Cogburn
Nevada Bar No. 8409
Erik W. Fox
Nevada Bar No. 8804
Cogburn Law Offices
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
efox@cogburnlaw.com
jsc@cogburnlaw.com
*Counsel for Plaintiff*

## **ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated January 23, 2019

_____
UNITED STATES MAGISTRATE JUDGE

KB/26026