Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for U.S. Bank, National Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVERETT SMITH, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK, NATIONAL ASSOCIATION, a Foreign Company, TRANSUNION, LLC, a Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,<br><br>Defendants. | Case No.: 2-19-CV-00062-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

U.S. Bank Trust, National Association ("U.S. Bank") and Plaintiff Everett Smith stipulation and agree that U.S. Bank has up to and including February 14, 2019 to respond to Plaintiff Complaint (ECF No. 1), to provide U.S. Bank time to investigate Plaintiff's allegations, to evaluate potential settlement and, if needed, to prepare a response.[1]

**[Continued on next page.]**

---

[1] By filing this Stipulation, U.S. Bank is not waiving any defense, affirmative or otherwise, it may have in this matter.

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 29th day of January, 2019.

| COGBURN LAW OFFICES | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Erik W. Fox<br>Jamie S. Cogburn<br>Nevada Bar No. 8409<br>Erik W. Fox<br>Nevada Bar No. 8804<br>2580 St. Rose Parkway<br>Suite 330<br>Henderson, Nevada 89074 | By: /s/ Holly Ann Priest<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Holly Ann Priest<br>Nevada Bar No. 13226<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 |
| *Attorneys for Everett Smith* | *Attorneys for U.S. Bank, National Association* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

DATED: January 30, 2019

2