Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for U.S. Bank, National Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVERETT SMITH, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK, NATIONAL ASSOCIATION, a Foreign Company, TRANSUNION, LLC, a Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,<br><br>Defendants. | Case No.: 2-19-CV-00062-MMD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (Second Request)** |

U.S. Bank Trust, National Association ("U.S. Bank") and Plaintiff Everett Smith stipulation and agree that U.S. Bank has up to and including February 28, 2019 to respond to Plaintiff Complaint (ECF No. 1), in order to provide the parties additional time to discuss settlement and to avoid unnecessary litigation expenses.[1]

[Continued on next page.]

---

[1] By filing this Stipulation, U.S. Bank is not waiving any defense, affirmative or otherwise, it may have in this matter.

This is the second request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 12th day of February, 2019.

| COGBURN LAW OFFICES | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Erik W. Fox<br>Jamie S. Cogburn<br>Nevada Bar No. 8409<br>Erik W. Fox<br>Nevada Bar No. 8804<br>2580 St. Rose Parkway<br>Suite 330<br>Henderson, Nevada 89074 | By: /s/ Holly Ann Priest<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Holly Ann Priest<br>Nevada Bar No. 13226<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 |
| *Attorneys for Everett Smith* | *Attorneys for U.S. Bank, National Association* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 13, 2019