Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

Katherine A. Neben
Nevada Bar No. 14590
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
(T) (949) 851-3939
(F) (949) 553-7539
kneben@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EVERETT SMITH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK, NATIONAL ASSOCIATION, a Foreign Company, TRANSUNION, LLC, a Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,<br><br>Defendants. | Case No. 2:19-cv-00062-MMD-CWH<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**<br><br>Complaint filed: January 9, 2019 |

Plaintiff Everett Smith ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") request that the above-captioned action be dismissed with prejudice against Experian only pursuant to Rule 41(a)(2).

/ / /

1    Each side shall bear its own attorneys' fees and costs incurred herein.

2    Dated May 7, 2019

3    NAYLOR & BRASTER                    COGBURN LAW OFFICES

4

5    By: */s/ Andrew J. Sharples*         By: */s/ Erik W. Fox*
6        Jennifer L. Braster (NBN 9982)        Jamie S. Cogburn (NBN 8409)
         Andrew J. Sharples (NBN 12866)        Erik W. Fox (NBN 8804)
7        jbraster@nblawnv.com                  jsc@cogburnlaw.com
         asharples@nblawnv.com                 efox@cogburnlaw.com
8        1050 Indigo Drive, Suite 200          2580 St. Rose Parkway, Suite 330
         Las Vegas, NV 89145                   Henderson, NV 89074

9        *Attorneys for Defendant Experian*    *Attorneys for Plaintiff Everett Smith*
         *Information Solutions, Inc.*
10

11
                                         *Smith v. U.S. Bank, National Association, et al.*
12                                           *Case No. 2:19-cv-00062-MMD-CWH*

13                            **<u>ORDER GRANTING</u>**

14   **<u>JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN</u>**

15               **<u>INFORMATION SOLUTIONS, INC. ONLY</u>**

16

17       **IT IS SO ORDERED.**

18   _____
19       UNITED STATES DISTRICT COURT JUDGE

20       DATED this <u>7th</u> day of <u>May</u> 2019.

21

22

23

24

25

26

27

28

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000