COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EVERETT SMITH, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION, a Foreign Company, TRANSUNION, LLC, a Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation,<br><br>　　　　　Defendants. | Case Number<br>2:19-cv-00062-MMD-CWH<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT U.S. BANK, NATIONAL ASSOCIATION ONLY** |

Plaintiff, Everett Smith ("Plaintiff") and Defendant, U.S. Bank, National Association ("U.S. Bank"), by and through their respective attorneys of record, request that the above-

. . .

. . .

. . .

. . .

. . .

captioned matter be dismissed with prejudice as to U.S. Bank only pursuant to FRCP 41(a)(2). Each party shall bear its own attorney fees and costs incurred herein.

Dated this 7th day of May, 2019.                             Dated this 7th day of May, 2019.

**COGBURN LAW OFFICES**                                      **BALLARD SPAHR LLP**


By:   */s/Erik W. Fox*                            By:   */s/Holly Ann Priest*
Name: Jamie S. Cogburn, Esq.                                 Name: Joel E. Tasca, Esq.
      Nevada Bar No. 8409             Nevada Bar No. 14124
      Erik W. Fox, Esq.               Holly Ann Priest, Esq.
      Nevada Bar No. 8804             Nevada Bar No. 13226
      2580 St. Rose Parkway, Suite 330         1980 Festival Plaza Drive, Suite 900
      Henderson, Nevada 89074         Las Vegas, Nevada 89135
*Attorneys for Plaintiff*                                    *Attorneys for Defendant, U.S. Bank, National Association*


**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE or
UNITED STATES MAGISTRATE JUDGE

 May 8, 2019
_____
DATE