1  COGBURN LAW
   Jamie S. Cogburn, Esq.
2  Nevada Bar No. 8409
   jsc@cogburncares.com
3  Erik W. Fox, Esq.
   Nevada Bar No. 8804
4  ewf@cogburncares.com
   2580 St. Rose Parkway, Suite 330
5  Henderson, Nevada, 89074
   Telephone: (702) 748-7777
6  Facsimile: (702) 966-3880
   *Attorneys for Plaintiff*

7

8                    **UNITED STATES DISTRICT COURT**

9                            **DISTRICT OF NEVADA**

| | |
|---|---|
| 10  EVERETT SMITH, an individual, | Case Number 2:19-cv-00062-MMD-CWH |
| 11           Plaintiff, | |
| 12      vs. | |
| 13  U.S. BANK, NATIONAL ASSOCIATION, a Foreign Company, TRANS UNION LLC, a | **STIPULATION AND ORDER TO DISMISS DEFENDANT TRANS UNION LLC WITH PREJUDICE** |
| 14  Foreign Limited-Liability Company, EXPERIAN INFORMATION SOLUTIONS, | |
| 15  INC., a Foreign Corporation, | |
| 16           Defendants. | |

17

18       IT IS HEREBY STIPULATED by and between Plaintiff, Everett Smith ("Plaintiff") and

19  Defendant, Trans Union LLC, by and through their respective attorneys of record, that all

20  . . .

21  . . .

22  . . .

23  . . .

24  . . .

1 Plaintiff's claims asserted against Trans Union LLC in the above-captioned matter shall be and
2 hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

3 Dated this 27th day of June, 2019.          Dated this 27th day of June, 2019.

**COGBURN LAW**                              **ALVERSON TAYLOR & SANDERS**

By: */s/Erik W. Fox*                         By: */s/Trevor Waite*
    Jamie S. Cogburn, Esq.                  Kurt Bonds, Esq.
    Nevada Bar No. 8409                     Nevada Bar No. 6228
    Erik W. Fox, Esq.                       Trevor Waite, Esq.
    Nevada Bar No. 8804                     Nevada Bar No. 13779
    2580 St. Rose Parkway, Suite 330        6605 Grand Montecito Pkwy., Suite 200
    Henderson, Nevada, 89074                Las Vegas, NV 89149
    *Attorneys for Plaintiff*               *Attorneys for Trans Union LLC*

    IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

June 28, 2019
DATE